| | |
|---|---|
| 1 | JOHN H. COTTON, ESQ. |
| | Nevada Bar No. 005268 |
| 2 | KATHERINE L. TURPEN, ESQ. |
| | Nevada Bar No. 008911 |
| 3 | **JOHN H. COTTON & ASSOCIATES, LTD.** |
| | 7900 West Sahara Avenue, Suite 200 |
| 4 | Las Vegas, Nevada 89117 |
| | Telephone: 702/832-5909 |
| 5 | Facsimile: 702/832-5910 |
| 6 | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel TALI ARIK, M.D. | Case No.: 2:19-CV-01560-JAD-VCF |
| Plaintiff/Relator, | |
| v. | |
| UNIVERSAL HEALTH SERVICES, INC. d/b/a DESERT VIEW HOSPITAL | **JOINT STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS** |
| Defendants. | |

///

///

///

///

IT IS HEREBY STIPULATED AND AGREED, jointly by all parties, by and through their respective counsel of record, that the time for filing of responsive pleadings shall be extended. The time for Defendant's Responsive pleading shall be moved from January 21, 2020 to February 18, 2020.  The time for Plaintiff/Relator's Responsive pleading, if any, shall be March 20, 2020.

**DATED** this 15th day of January 2020.

                 **JESSE SBAIH & ASSOCIATES**

                 */s/ Jesse Sbaih*

                 JESSE SBAIH, ESQ.
                 Nevada Bar No. 7898
                 INES OLEV-SALEH, ESQ.
                 Nevada Bar No. 11431
                 170 South Green Valley Parkway, Suite 280
                 Henderson, Nevada 89012
                 *Attorneys for Plaintiff/Relator*

**DATED** this 15th day of January 2020

                 **JOHN H. COTTON & ASSOCIATES**

                 */s/ Katherine L. Turpen*

                 JOHN H. COTTON, ESQ.
                 Nevada Bar No. 5268
                 KATHERINE L. TURPEN, ESQ.
                 Nevada Bar No. 8911
                 7900 West Sahara Avenue, Suite 200
                 Las Vegas, Nevada 89117
                 *Attorneys for Defendants*

**DATED** this 16th day of January 2020.

**IT IS SO ORDERED.**

                 **UNITED STATES MAGISTRATE JUDGE**

# **CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P. 5(b), I certify that the foregoing document was submitted for filing with the United States District Court on January 15th, 2020. Electronic service of the foregoing document shall be made in accord with the CM/ECF Service list, which includes the following:

**JESSE SBAIH & ASSOCIATES**
Jesse Sbaih, Esq.
Ines Olev-Saleh, Esq.
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
*Attorneys for Plaintiff/Relator*

                                        */s/ Gemini Yii*

                                        Employee of John H. Cotton & Associates