JOHN H. COTTON, ESQ.
Nevada Bar No. 005268
KATHERINE L. TURPEN, ESQ.
Nevada Bar No. 008911
JOHN H. COTTON & ASSOCIATES, LTD.
7900 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Telephone: 702/832-5909
Facsimile: 702/832-5910

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel TALI ARIK, M.D.<br>　　　　　Plaintiff/Relator,<br><br>v.<br><br>DESERT VIEW HOSPITAL, correctly named. DVH HOSPITAL ALLIANCE, LLC.<br>　　　　　Defendants. | Case No.: 2:19-CV-01560-JAD-VCF<br><br>**JOINT STIPULATION AND ORDER TO SUBSTITUTE AND CORRECT DEFENDANT CORPORATE ENTITY** |

Plaintiff/Relator TALI ARIK, MD, by and through his counsel of record, Jesse Sbaih, Esq., of the law firm of Jesse Sbaih & Associates, Defendant DVH HOSPITAL ALLIANCE, LLC, dba DESERT VIEW HOSPITAL, by and through its counsel of record, John H. Cotton, Esq., and Katherine Turpen, Esq., of the law firm of John H. Cotton & Associates, Ltd., hereby stipulate and agree as follows:

WHEREAS, on September 6, 2019, relator Tali Arik, M.D. ("Relator") filed the Complaint in this action under seal against defendant Universal Health Services, Inc. ("UHS") under the federal False Claims Act (ECF1).

WHEREAS, on October 16, 2019, the United States of America filed a notice of declination of intervention in the action.

WHEREAS, on December 4, 2019, the Court ordered the action to be unsealed.

WHEREAS, on January 16, 2020, the Court entered an order granting the parties' joint stipulation extending the time for UHS to respond to the Complaint until February 18, 2020.

WHEREAS, the Complaint currently alleges that UHS "owns, operates, and does business as Desert View Hospital," which is located in Pahrump, Nevada, and that UHS submitted false claims to the Federal Government related to services provided to patients at Desert View Hospital. By way of example, Relator identified 43 patients in the Complaint (ECF1).

WHEREAS, UHS does not directly own, operate, or do business as Desert View Hospital; and instead, DVH Hospital Alliance, LLC ("DVH") is the corporate entity that owns, operates, and does business as Desert View Hospital.

WHEREAS, Relator has agreed to file a First Amended Complaint within 14 days after entry of an Order approving this stipulation that substitutes DVH for UHS as the defendant in this action and out of an abundance of caution, redacts or de-identifies the initials, dates of birth, and dates of service of any patients. The parties agree that the original Complaint (ECF1) shall be placed under seal by the Court.

WHEREAS, the First Amended Complaint shall be deemed served on DVH on the date it is filed; and

WHEREAS, the parties have agreed that DVH's response to the First Amended Complaint shall be due 30 days after the First Amended Complaint is filed and that Relator's responsive pleading, if any, shall be 30 days after DVH's response.

IT IS HEREBY STIPULATED AND AGREED, jointly by all parties, by and through their respective counsel of record, that: (1) Relator shall file a First Amended Complaint within 14 days after approval of this stipulation that substitutes DVH for UHS as the defendant in this action and redacts or de-identifies the initials, dates of birth, and dates of service of any patients;

01659-155/Stipulation & Order 3

(2) the First Amended Complaint shall be deemed served on DVH on the date it is filed; (3) DVH's response to the First Amended Complaint shall be due 30 days after the First Amended Complaint is filed; (5) Relator's responsive pleading, if any, shall be 30 days after DVH's response; and (6) the original Complaint (ECF1) shall be placed under seal by the Clerk of the Court.

IT IS SO STIPULATED

Dated this 5th day of February 2020.

                                      **JESSE SBAIH & ASSOCIATES**

                                      */s/ Jesse Sbaih, Esq.*

JESSE SBAIH, ESQ.
Nevada Bar No. 7898
INES OLEV-SALEH, ESQ.
Nevada Bar No. 11431
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
*Attorneys for Plaintiff/Relator*

Dated this ____5th____ day of February 2020

                                      **JOHN H. COTTON & ASSOCIATES, LTD.**

JOHN H. COTTON, ESQ.
NEVADA BAR NO: 005268
KATHERINE L. TURPEN, ESQ.
NEVADA BAR NO: 008911
7900 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Defendants*

## ORDER

Pursuant to the Stipulation of the parties, and good cause appearing, the above referenced matter is hereby Ordered that (1) Relator shall file a First Amended Complaint within 14 days after approval of this Stipulation that substitutes DVH for UHS as the defendant in this action

and redacts or de-identifies the initials, dates of birth, and dates of service of any patients; (2) the First Amended Complaint shall be deemed served on DVH on the date it is filed; (3) DVH's response to the First Amended Complaint shall be due 30 days after the First Amended Complaint is filed; (5) Relator's responsive pleading, if any, shall be 30 days after DVH's response; and (6) the original Complaint (ECF1) shall be placed under seal by the Clerk of the Court.

Dated this 13th day of February 2020

IT IS SO ORDERED.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

- 4 -

01659-155/Stipulation & Order 3

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that the foregoing document **STIPULATION AND ORDER TO SUBSTITUTE AND CORRECT DEFENDANT CORPORATE ENTITY** was submitted for filing with the United States District Court on February 5, 2020. Electronic service of the foregoing document shall be made in accord with the CM/ECF Service list, which includes the following:

Jesse Sbaih & Associates
170 S. Green Valley Pkwy., Suite 280
Henderson, NV 89012
*Attorneys for Relator Tali Arik, MD*

/s/ *Gemini Yii*
_____
Employee of John H. Cotton & Associates, LTD.

01659-155/Stipulation & Order 3