JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 896-2529
Fax   (702) 896-0529
Email: jsbaih@sbaihlaw.com

*Attorneys for Relator Tali Arik, M.D.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TALI ARIK, M.D., <br><br> Plaintiff/Relator, <br><br> vs. <br><br> DVH HOSPITAL ALLIANCE, LLC, d/b/a DESERT VIEW HOSPITAL; <br><br> Defendant, | Case No.: 2:19-cv-01560-JAD-VCF <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSES TO DEFENDANT'S MOTION TO DISMISS,** <br><br> **(First Request)** |

On March 16, 2020, Defendant DVH Hospital Alliance LLC ("DVH") filed a Motion to Dismiss ("DVH's MTD"). Currently, Plaintiff's response to DVH's MTD is due on March 30, 2020.

Due to the current circumstances surrounding the COVID-19 pandemic, and the complexity of the underlying matter, it is hereby stipulated and agreed, between the parties, by and through their undersigned counsel of record, as follows:

1. Deadline for Plaintiff's response to DVH's MTD is extended to May 15, 2020; and

///

///

///

///

2. Deadline for Defendant DVH Hospital Alliance LLC's Reply in Support of DVH's MTD is extended to June 5, 2020.

Dated this _26th_ day of March, 2020.                Dated this _26th_ day of March, 2020.

JESSE SBAIH & ASSOCIATES, LTD.                JOHN H. COTTON & ASSOCIATES, LTD.

By: ___/s/ Jesse M. Sbaih_____                By: _____/s/ John Cotton_____
   Jesse M. Sbaih, Esq.                                          John Cotton, Esq.
   Ines Olevic-Saleh, Esq.                                       7900 West Sahara, Suite 200
   The District at Green Valley Ranch                  Las Vegas, NV 89117
   170 South Green Valley Parkway, Suite 280    *Attorneys for DVH Hospital*
   Henderson, NV 89012                                        *Alliance, LLC*
   *Attorneys for Relator Tali Arik, M.D.*

### **ORDER**

**IT IS SO ORDERED:**

Dated: March 26, 2020.

_____
UNITED STATES DISTRICT JUDGE