JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel     (702) 896-2529
Fax    (702) 896-0529
Email: jsbaih@sbaihlaw.com

*Attorneys for Relator Tali Arik, M.D.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TALI ARIK, M.D., <br><br> Plaintiff/Relator, <br><br> vs. <br><br> DVH HOSPITAL ALLIANCE, LLC, d/b/a DESERT VIEW HOSPITAL; <br><br> Defendant, | Case No.: 2:19-cv-01560-JAD-VCF <br><br> **JOINT STIPULATION AND ORDER FOR A DISCOVERY CONFERENCE WITH THE MAGISTRATE JUDGE** |

Pursuant to Local Rule of Practice 26-1(c) and 26-7(d), the Parties, by and through their respective counsel of record hereby stipulate to and request that the Court, at its earliest convenience, hold a conference to address a discovery dispute between the parties.

IT IS SO STIPULATED

Dated this 24th day of April 2020.

                                                 **JESSE SBAIH & ASSOCIATES**

                                                 */s/ Jesse Sbaih*
                                                 JESSE SBAIH, ESQ.
                                                 Nevada Bar No. 7898
                                                 INES OLEV-SALEH, ESQ.
                                                 Nevada Bar No. 11431
                                                 170 South Green Valley Parkway, Suite 280
                                                 Henderson, Nevada 89012
                                                 *Attorneys for Plaintiff/Relator*

Dated this 24th day of April 2020

                                      **JOHN H. COTTON & ASSOCIATES, LTD.**

                                      */s/ John H. Cotton*
                                      JOHN H. COTTON, ESQ.
                                      NEVADA BAR NO: 005268
                                      KATHERINE L. TURPEN, ESQ.
                                      NEVADA BAR NO: 008911
                                      7900 W. Sahara Ave., Suite 200
                                      Las Vegas, Nevada 89117
                                      *Attorneys for Defendant*

**IT IS SO ORDERED:**

A Telephonic discovery conference to address a discovery dispute between the parties shall take place on May 5, 2020 11:30 AM.

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED**: 4-24-2020 _____

On or before April 30, 2020, the parties must file a Joint Statement providing basic information regarding the dispute at issue. The statement must not exceed four pages and must include: (1) An agreed description of the scope of the dispute and (2) each parties position with respect to the dispute. Citations to authority are optional.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.