THOMAS A. RYAN (admitted *pro hac vice*)
GREGORY R. JONES (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     (310) 277-4110
Facsimile:      (310) 277-4730
tryan@mwe.com
gjones@mwe.com

JOHN H. COTTON (Nevada Bar No. 005268)
KATHERINE L. TURPEN (Nevada Bar No. 008911)
JOHN H. COTTON & ASSOCIATES, LTD.
7900 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Telephone:     (702) 832-5909
Facsimile:      (702) 832-5910
jhcotton@jhcottonlaw.com
kturpen@jhcottonlaw.com

Attorneys for Defendant
DVH HOSPITAL ALLIANCE, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. TALI ARIK, M.D.,<br><br>Plaintiff/Relator,<br><br>v.<br><br>DVH HOSPITAL ALLIANCE, LLC,<br><br>Defendant. | Case No.:   2:19-CV-01560-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING RELATED TO DEFENDANT'S MOTION TO DISMISS AND RELATOR'S COUNTERMOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

1

On March 16, 2020, defendant DVH Hospital Alliance, LLC ("Desert View") filed its motion to dismiss the first amended complaint. ECF No. 22. Pursuant to a stipulated order, Desert View's reply brief is due three weeks after relator Dr. Tali Arik ("Dr. Arik") filed his opposition to the motion to dismiss. ECF No. 29. Dr. Arik later moved for, and was granted, an extension of time to file his opposition to the motion to dismiss until June 30, 2020. ECF No. 40. Dr. Arik filed his opposition on June 30, 2020. ECF No. 41. Under the stipulated order, Desert View's reply for the motion to dismiss is currently due on **July 21, 2020**. *See* ECF No. 29.

Concurrently with his opposition to the motion to dismiss, Dr. Arik filed a countermotion for leave to file a second amended complaint on June 30, 2020. ECF No. 42. The proposed second amended complaint, which was submitted as Exhibit 1 to Dr. Arik's motion, contains a total of 437 allegations and seeks to add two new relators, four new defendants, and new claims. *See* ECF No. 43. Under Local Rule of Practice 7-2, Desert View's response to the motion for leave to file a second amended complaint is due on **July 15, 2020**, with Dr. Arik's reply due on **July 22, 2020**.

Due to the size, scope, and complexity of the proposed second amended complaint and the potential impact on the pending motion to dismiss, Desert View needs additional time to file its reply brief for the motion to dismiss and its response to the countermotion for leave to file a second amended complaint. Accordingly, the parties stipulate to extend their respective deadlines for the remaining briefing related to both motions, as follows:

1. The deadline for Desert View's reply in support of its motion to dismiss is extended to July 31, 2020;

2. The deadline for Desert View's response to the countermotion for leave to file a second amended complaint is extended to July 31, 2020; and

3. The deadline for Dr. Arik's reply in support of his countermotion for leave to file a second amended complaint is extended to August 17, 2020.

2

| | |
|---|---|
| Dated: July 7, 2020 | McDERMOTT WILL & EMERY LLP |
| | By: */s/ Gregory R. Jones* |
| |     GREGORY R. JONES |
| |     Attorneys for Defendant |
| |     DVH HOSPITAL ALLIANCE, LLC |
| Dated: July 7, 2020 | JESSE SBAIH & ASSOCIATES, LTD. |
| | By: *Jesse M. Sbaih* |
| |     JESSE M. SBAIH |
| |     Attorneys for Relator |
| |     TALI ARIK, M.D. |

**ORDER**

**IT IS SO ORDERED:**

[signature]

**UNITED STATES DISTRICT JUDGE**

Dated: July 7, 2020.

3

DM_US 170099380-1.009773.0319