1  THOMAS A. RYAN (admitted *pro hac vice*)
   GREGORY JONES (admitted *pro hac vice*)
2  McDERMOTT WILL & EMERY LLP
   2049 Century Park East, Suite 3200
3  Los Angeles, CA  90067-3206
   Telephone:    (310) 277-4110
4  Facsimile:    (310) 277-4730
   tryan@mwe.com
5  gjones@mwe.com

6  JOHN H. COTTON (Nevada Bar No. 005268)
   KATHERINE L. TURPEN (Nevada Bar No. 008911)
7  JOHN H. COTTON & ASSOCIATES, LTD.
   7900 W. Sahara Ave., Suite 200
8  Las Vegas, Nevada 89117
   Telephone:    (702) 832-5909
9  Facsimile:    (702) 832-5910
   jhcotton@jhcottonlaw.com
10 kturpen@jhcottonlaw.com

11 Attorneys for Defendant
   DVH HOSPITAL ALLIANCE, LLC
12

13                 **UNITED STATES DISTRICT COURT**

14                      **DISTRICT OF NEVADA**

15

16 UNITED STATES OF AMERICA ex rel.          Case No.:   2:19-CV-01560-JAD-VCF
   TALI ARIK, M.D.
17                                           **DEFENDANT DVH HOSPITAL**
                     Plaintiff/Relator,      **ALLIANCE'S MOTION TO EXTEND**
18                                           **TIME TO RESPOND TO SECOND**
          v.                                 **AMENDED COMPLAINT**
19
   DVH HOSPITAL ALLIANCE, LLC, d/b/a         (FIRST MOTION)
20 DESERT VIEW HOSPITAL; VALLEY
   HEALTH SYSTEM LLC, d/b/a THE VALLEY
21 HEALTH SYSTEM; UNIVERSAL HEALTH
   SERVICES, INC.; VISTA HEALTH MIRZA,
22 M.D. P.C. d/b/a VISTA HEALTH; and IRFAN
   MIRZA, M.D.,
23
                     Defendants.
24

25

26

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2

3

4

5

6

7

8

9

10

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MOTION**

Pursuant to Local Rule IA 6-1, defendant DVH Hospital Alliance, LLC, doing business as Desert View Hospital ("Desert View"), hereby moves this Court for an order extending the time for Desert View to respond to the second amended complaint filed by relator Tali Arik, M.D. ("Dr. Arik") by 21 days from November 24, 2020 to December 15, 2020.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On October 21, 2020, the Court issued an order (the "Order") dismissing the first amended complaint against Desert View and granting Dr. Arik leave to amend to file a second amended complaint to address the pleading issues related to his single claim under the False Claims Act (the "FCA"). ECF No. 52. Dr. Arik filed his second amended complaint on November 10, 2020. ECF No. 53. Rather than just address the pleading issues identified in the Order, Dr. Arik's second amended complaint adds four new defendants, two new claims under the FCA, several new fraud theories, and more than 100 new allegations, thereby increasing the complexity of this action in several respects.

Give the addition of the new defendants, Desert View proposed a uniform response date to the second amended complaint for all of the defendants, once they have been served. Dr. Arik rejected this proposal. Desert View then requested a 21-day extension for its own response deadline because lead counsel for Desert View (Gregory Jones) is presently in an arbitration hearing that will last through November 25, 2020, which encompasses Desert View's current response deadline. Dr. Arik rejected this proposal as well, offering a 7-day extension. Given the Thanksgiving holiday, those extra seven days do not give Desert View sufficient time to prepare its response.

For these reasons, good cause exists to grant Desert View a 21-day extension to respond to the second amended complaint until December 15, 2020. Dr. Arik will not suffer any prejudice to this extension because the new defendants' answer to the second amended complaint will not be due before Desert View's requested deadline. Therefore, Desert View respectfully requests that the Court issue an order granting this first requested extension.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

Dated:  November 17, 2020                    McDERMOTT WILL & EMERY LLP

By: */s/ Gregory R. Jones*
GREGORY R. JONES
Attorneys for Defendant
DVH HOSPITAL ALLIANCE, LLC

IT IS SO ORDERED.

Cam Ferenbach
United States Magistrate Judge

Dated:          11-20-2020

2

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on November 17, 2020, I caused the foregoing to be served through the Court's CM/ECF system addressed to:

Jesse M. Sbaih
Ines Olevic-Saleh
Jesse Sbaih & Associates, Ltd.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012
(702) 896-2529
jsbaih@sbaihlaw.com
*Attorneys for Relator*

Roger W. Wenthe
Lindsay A. Ager
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
(702) 388-6336
roger.wenthe@usdoj.gov
lindsay.ager@usdoj.gov
*Attorneys for United States*

*/s/ Gregory R. Jones*
GREGORY R. JONES