Crane M. Pomerantz, Esq.
Nevada Bar No. 14103
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone (702)360-6000
Facsimile (702)360-0000
Email: cpomerantz@sklar-law.com

*Attorneys for Defendants Vista Health and Dr. Mirza*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TALI ARIK, M.D.<br><br>Plaintiff/Relator,<br><br>vs.<br><br>DVH HOSPITAL ALLIANCE, LLC, d/b/a DESERT VIEW HOSPITAL; VALLEY HEALTH SYSTEM LLC, d/b/a THE VALLEY HEALTH SYSTEM; UNIVERSAL HEALTH SERVICES, INC.; VISTA HEALTH MIRZA, M.D. P.C. d/b/a VISTA HEALTH; and IRFAN MIRZA, M.D.<br><br>Defendants. | CASE NO: 2:19-cv-01560-JAD-VCF<br><br>**STIPULATION AND ORDER** |

Pursuant to Fed. R. Civ. P. 6(b)(1), and LR 6-1, Defendants Vista Health Mirza, M.D. P.C. d/b/a Vista Health and Irfan Mirza, M.D. (the "Defendants"), through undersigned counsel, and Plaintiff-Relator Tali Arik, M.D., through undersigned counsel, stipulate as follows regarding an extension of time for Defendant to file a responsive pleading to Plaintiff's Second Amended Complaint (Dkt #53, filed November 10, 2020). Plaintiff-Relator and Defendants stipulate that the due date for Defendant's response to Plaintiff's Complaint be extended to December 15, 2020.

/ / /

/ / /

1

1    Defendants have requested and Plaintiff has agreed to the above extension to December
2 15, 2020 so that counsel can fully assess and prepare an appropriate response to the Complaint.
3 This is the first stipulation to extend the time to file a responsive pleading.

5 Dated this  24th  day of  November , 20 20 .    Dated this  24th  day of  November , 20 20 .

6 SKLAR WILLLIAMS PLLC                JESSE SBAIH & ASSOCIATES, LTD.

8 By:                                                                    By:
   _____/s/ Crane M. Pomerantz_____           _____/s/ Jesse M. Sbaih_____
9 Crane M. Pomerantz Esq.                              Jesse M. Sbaih
  Nevada Bar No. 14103                                   Nevada Bar No. 7898
10 410 S. Rampart Blvd., Ste. 350                      Ines Olevic-Saleh
   Las Vegas, NV 89145                                    Nevada Bar #11431
11                                                                          The District at Green Valley Ranch
   *Attorneys for Defendants Vista Heath*          170 South Green Valley Parkway, Suite 280
12 *and Dr. Mirza*                                           Henderson, Nevada 89012
13                                                                                *Attorneys for Plaintiff*

15                                                              IT IS SO ORDERED:

16                                                              _____
                                                                   UNITED STATES MAGISTRATE JUDGE
17
                                                                   DATED: __11-25-2020_____