JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 896-2529
Fax  (702) 896-0529
Email: jsbaih@sbaihlaw.com
*Attorneys for Relator*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TALI ARIK, M.D. <br><br> Plaintiffs/Relators, <br><br> vs. <br><br> DVH HOSPITAL ALLIANCE, LLC, d/b/a DESERT VIEW HOSPITAL; VALLEY HEALTH SYSTEM LLC, d/b/a THE VALLEY HEALTH SYSTEM; UNIVERSAL HEALTH SERVICES, INC.; VISTA HEALTH MIRZA, M.D. P.C. d/b/a VISTA HEALTH; and IRFAN MIRZA, M.D. <br><br> Defendants, | Case No.: 2:19-cv-01560-JAD-VCF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO** <br><br> **(1) DEFENDANTS IRFAN MIRZA, M.D.'s AND VISTA HEALTH'S MOTION TO DISMISS RELATOR'S SECOND AMENDED COMPLAINT (ECF NO. 70);** <br><br> **(2) DEFENDANTS IRFAN MIRZA, M.D.'s AND VISTA HEALTH'S MOTION FOR JOINDER TO MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANT DVH HOSPITAL ALLIANCE, LLC (ECF NO. 71); AND** <br><br> **(3) DEFENDANTS IRFAN MIRZA, M.D.'s AND VISTA HEALTH'S MOTION FOR JOINDER TO MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANTS VALLEY HEALTH SYSTEM LLC AND UNIVERSAL HEALTH SERVICES, INC. (ECF NO. 76)** <br><br> **[First Request]**   ECF No. 77 |

PLAINTIFF UNITED STATES OF AMERICA *ex rel.* TALI ARIK, M.D. ("Plaintiff"), by and through his counsel of record, JESSE SBAIH & ASSOCIATES, LTD., and DEFENDANTS VISTA HEALTH MIRZA, M.D. P.C. d/b/a VISTA HEALTH; and IRFAN MIRZA, M.D. (collectively "Defendants"), by and through their counsel of record, the law firm of SKLAR WILLIAMS PLLC, hereby stipulate and agree that the time for Plaintiff to file his responses and

Defendants to file their replies, will be extended as set forth herein with respect to the following documents:

(1) DEFENDANTS IRFAN MIRZA, M.D.'s AND VISTA HEALTH'S MOTION TO DISMISS RELATOR'S SECOND AMENDED COMPLAINT (ECF NO. 70) (henceforth "Defendants' Motion to Dismiss");

(2) DEFENDANTS IRFAN MIRZA, M.D.'s AND VISTA HEALTH'S MOTION FOR JOINDER TO MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANT DVH HOSPITAL ALLIANCE, LLC (ECF NO. 71) ("Defendants' Joinder to Motion to Dismiss by DVH"); AND

(3) DEFENDANTS IRFAN MIRZA, M.D.'s AND VISTA HEALTH'S MOTION FOR JOINDER TO MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANTS VALLEY HEALTH SYSTEM LLC AND UNIVERSAL HEALTH SERVICES, INC. (ECF NO. 76) (henceforth "Defendants' Joinder to Motion to Dismiss by VHS and UHS").

Plaintiff's response to Defendants' Motion to Dismiss and Defendants' Joinder to Motion to Dismiss by DVH are currently due on December 29, 2020, while Plaintiff's response to Defendants' Joinder to Motion to Dismiss by VHS and UHS are currently due on December 30, 2020.

The parties hereby stipulate that the due date for Plaintiff's Responses to Defendants' Motion to Dismiss, Defendants' Joinder to Motion to Dismiss by DVH, and Defendants' Joinder to Motion to Dismiss by VHS and UHS be extended to *January 18, 2021* and the Defendants' Replies to same be extended to *February 8, 2021*.

///
///
///
///
///
///
///
///

**Reason for Extension**

The subject extensions are sought due to upcoming end-of-the-year holidays and as well as Plaintiff's counsel's already demanding litigation schedule in the beginning of 2021. This is the first request for extension and it is made in good faith and not for the purpose of delay.

DATED this 21st day of December, 2020.   DATED this 21st day of December, 2020.

JESSE SBAIH & ASSOCIATES, LTD.   SKLAR WILLIAMS PLLC

*/s/ Jesse. M. Sbaih*   */s/Crane M. Pomerantz*
Jesse M. Sbaih   Crane M. Pomerantz, Esq.
JESSE SBAIH & ASSOCIATES, LTD   SKLAR WILLIAMS PLLC
The District at Green Valley Ranch   410 S. Rampart Blvd., Ste. 350
170 South Green Valley Parkway, Suite 280   Las Vegas, NV 89145
Henderson, Nevada 89012   *Attorneys for Defendants*
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 22, 2020