JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel     (702) 896-2529
Fax    (702) 896-0529
Email: jsbaih@sbaihlaw.com
*Attorneys for Relator*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TALI ARIK, M.D.<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>DVH HOSPITAL ALLIANCE, LLC, d/b/a DESERT VIEW HOSPITAL; VALLEY HEALTH SYSTEM LLC, d/b/a THE VALLEY HEALTH SYSTEM; UNIVERSAL HEALTH SERVICES, INC.; VISTA HEALTH MIRZA, M.D. P.C. d/b/a VISTA HEALTH; and IRFAN MIRZA, M.D.<br><br>Defendants, | Case No.: 2:19-cv-01560-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO**<br><br>**(1) MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANT DVH HOSPITAL ALLIANCE, LLC; MEMORANDUM OF POINTS AND AUTHORITIES (ECF NO. 69);**<br><br>**(2) MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANTS VALLEY HEALTH SYSTEM LLC AND UNIVERSAL HEALTH SERVICES, INC.; MEMORANDUM OF POINTS AND AUTHORITIES (ECF NO. 72); AND**<br><br>**(3) DEFENDANTS VALLEY HEALTH SYSTEM LLC AND UNIVERSAL HEALTH SERVICES, INC.'S MOTION FOR JOINDER TO MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANT DVH HOSPITAL ALLIANCE LLC (ECF NO. 73)**<br><br>**[First Request]**     ECF No. 78 |

PLAINTIFF UNITED STATES OF AMERICA *ex rel.* TALI ARIK, M.D. ("Plaintiff"), by and through his counsel of record, JESSE SBAIH & ASSOCIATES, LTD., and DEFENDANTS DVH HOSPITAL ALLIANCE, LLC, d/b/a DESERT VIEW HOSPITAL, VALLEY HEALTH SYSTEM

Page 1

LLC, d/b/a THE VALLEY HEALTH SYSTEM and UNIVERSAL HEALTH SERVICES, INC. (collectively "Defendants"), by and through their counsel of record, the law firm of McDERMOTT WILL & EMERY, LLP, hereby stipulate and agree that the time for Plaintiff to file his responses and Defendants to file their replies, will be extended as set forth herein with respect to the following documents:

(1) MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANT DVH HOSPITAL ALLIANCE, LLC; MEMORANDUM OF POINTS AND AUTHORITIES (ECF NO. 69) (henceforth "DVH's Motion to Dismiss);

(2) MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANTS VALLEY HEALTH SYSTEM LLC AND UNIVERSAL HEALTH SERVICES, INC.; MEMORANDUM OF POINTS AND AUTHORITIES (ECF NO. 72) (henceforth "VHS and UHS Motion to Dismiss"), and

(3) DEFENDANTS VALLEY HEALTH SYSTEM LLC AND UNIVERSAL HEALTH SERVICES, INC.'S MOTION FOR JOINDER TO MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANT DVH HOSPITAL ALLIANCE LLC (ECF NO. 73) (henceforth "VHS and UHS Joinder")

Plaintiff's response to DVH's Motion to Dismiss is currently due on December 29, 2020, while Plaintiff's response to the VHS and UHS Motion to Dismiss, and VHS and UHS Joinder are currently due on December 30, 2020.

The parties hereby stipulate that the due date for Plaintiff's Responses to DVH's Motion to Dismiss, VHS and UHS Motion to Dismiss, and VHS and UHS Joinder be extended to *January 18, 2021* and the Defendants' Replies to same be extended to *February 8, 2021*.

///
///
///
///
///
///

**Reason for Extension**

The subject extensions are sought due to upcoming end-of-the-year holidays and as well as Plaintiff's counsel's already demanding litigation schedule in the beginning of 2021. This is the first request for extension and it is made in good faith and not for the purpose of delay.

DATED this 22nd day of December, 2021.   DATED this 22nd day of December, 2021.

JESSE SBAIH & ASSOCIATES, LTD.   McDERMOTT WILL & EMERY, LLP

/s/ *Jesse M. Sbaih*
Jesse M. Sbaih
JESSE SBAIH & ASSOCIATES, LTD
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
*Attorneys for Plaintiff*

/s/ *Gregory R. Jones*
Gregory R. Jones, Esq.
McDERMOTT WILL & EMERY, LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 22, 2020