Jesse Sbaih & Associates, Ltd.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel     (702) 896-2529
Fax     (702) 896-0529
Email: jsbaih@sbaihlaw.com

Sonya A. Rao (*pro hac vice*)
sonya.rao@morganverkamp.com
MORGAN VERKAMP LLC
35 East Seventh Street, Suite 600
Cincinnati, OH 45202
Telephone:  513.651.4400
Facsimile:  513.651.4405

*Attorneys for Plaintiff-Relator*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, TALI ARIK, M.D., <br><br> Plaintiff, <br><br> v. <br><br> DVH HOSPITAL ALLIANCE, LLC, d/b/a, DESERT VIEW HOSPITAL; VALLEY HEALTH SYSTEM LLC; UNIVERSAL HEALTH SERVICES, INC.; VISTA HEALTH MIRZA, M.D. P.C. d/b/a VISTA HEALTH; and IRFAN MIRZA, M.D. <br><br> Defendants. | Case No.:  2:19-cv-01560-JAD-VCF <br><br><br> **ORDER TO EXTEND TIME TO FILE RELATOR'S THIRD AMENDED COMPLAINT** <br><br> **(First Request)** |

Defendants (i.e., DVH Hospital Alliance, LLC, d/b/a Desert View Hospital; Vista Health; and Dr. Irfan Mirza) and relator Tali Arik, M.D. ("Relator")—collectively, the "Parties"—hereby stipulate and agree to an extension of the deadline to file a Third Amended Complaint ("TAC"). The Parties also set forth a stipulated briefing schedule related to the TAC. In support of this Stipulation, the Parties assert the following:

MORGAN VERKAMP, LLC

1.     Relator recently retained Morgan Verkamp LLC as additional counsel in this matter, and, on April 19, 2021, attorney Sonya A. Rao of that firm was granted permission to practice in this District *pro hac vice*.  (Doc. 98.)

2.     Soon thereafter, on May 4, 2021, this Court issued an order that: granted Defendants' motions to dismiss Relator's Second Amended Complaint (Docs. 69, 70, 72); dismissed Relator's first and second causes of action without prejudice;[1] and permitted Relator to file a TAC by May 17, 2021.  (Doc. 100.)

3.     To allow Relator's new counsel sufficient time to familiarize herself with this matter, and to accommodate counsel's obligations in other matters, the Parties agree to extend the deadline for Relator to file his TAC by 15 days, i.e., through June 1, 2021.  This is the Parties' first request for such an extension, which is made in good faith and not for the purpose of delay.

6.     The Parties also agree to the following extended briefing schedule relating to the TAC, which accommodates the Parties' case deadlines in other matters:

a.     Defendants' deadline to file their renewed motion(s) to dismiss Relator's TAC shall be June 29, 2021;

b.     Relator's deadline to file his opposition(s) to Defendants' renewed motion(s) to dismiss shall be July 27, 2021; and

c.     Defendants' deadline to file their reply (or replies) to Relator's opposition(s) shall be August 10, 2021.

Accordingly, for the reasons set forth above, the Parties respectfully request that the Court: (1) extend the deadline to file a TAC, up to and including June 1, 2021; and (2) adopt the above-described briefing schedule relating to the TAC.

---

[1] Relator's conspiracy claim was dismissed with prejudice.  Because that claim was the only one asserted against defendants Valley Health System LLC, d/b/a The Valley Health System and Universal Services, Inc., those defendants are no longer parties to this action.

Respectfully submitted,

DATED this 11th day of May, 2021.

/s/ Sonya A. Rao

**JESSE SBAIH & ASSOCIATES, LTD.**
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012

**MORGAN VERKAMP LLC**
SONYA A. RAO (*pro hac vice*)
35 East Seventh St., Suite 600
Cincinnati, OH 45202

*Attorneys for Plaintiff-Relator*

DATED this 11th day of May, 2021.

/s/*Gregory R. Jones*

**McDERMOTT WILL & EMERY LLP**
Thomas A. Ryan (admitted *pro hac vice*)
Gregory R. Jones (admitted *pro hac vice*)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206

**JOHN H COTTON & ASSOCIATES, LTD.**
John H. Cotton (Nevada Bar No. 005268)
Katherine L. Turpen (Nevada Bar. No. 008911)
7900 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

*Attorneys for Defendants DVH Hospital Alliance, LLC*

/s/ *Crane M. Pomerantz*
**SKLAR WILLIAMS PLLC**
Crane M. Pomerantz, Esq.
Nevada Bar No. 14103
Brent M. Resh, Esq.
Nevada Bar No. 14940
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145

*Attorneys for Defendants Dr. Mirza and Vista Health*


IT IS SO ORDERED.

_____

U.S. Magistrate Judge
Cam Ferenbach


DATED: _____May 12, 2021_____