**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. TALI ARIK, M.D., <br><br> Plaintiff(s), <br><br> v. <br><br> DVH HOSPITAL ALLIANCE, LLC, d/b/a, DESERT VIEW HOSPITAL; VISTA HEALTH MIRZA, M.D. P.C. d/b/a VISTA HEALTH; and IRFAN MIRZA, M.D, <br><br> Defendant(s). | 2:19-cv-1560-JAD-VCF <br> **ORDER** |

Before the Court is the motion and memorandum in support to extend time for disclosure of rebuttal expert (ECF NO. 150).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing the motion and memorandum in support to extend time for disclosure of rebuttal expert (ECF NO. 150), is scheduled for 10:00 AM, October 18, 2022, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that the deadlines for rebuttal expert disclosures of 9/22/2022, close of expert discovery of 11/10/2022, dispositive motions of 12/8/2022, and the proposed joint pretrial order of 1/5/2023, are VACATED, pending further order of the court:

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, October 17, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 21st day of September 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE