**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

UNITED STATES OF AMERICA ex rel. TALI ARIK, M.D.,

    Plaintiff(s),

v.

DVH HOSPITAL ALLIANCE, LLC, d/b/a, DESERT VIEW HOSPITAL; VISTA HEALTH MIRZA, M.D. P.C. d/b/a VISTA HEALTH; and IRFAN MIRZA, M.D,

    Defendant(s).

2:19-cv-1560-JAD-VCF

**ORDER**

Before the Court are the motion and memorandum in support to extend time for disclosure of rebuttal expert (ECF No. 147) and Defendant DVH Hospital Alliance, LLC's non-opposition to Relator's motion to extend the rebuttal expert deadline from September 22, 2022 to October 6, 2022 (ECF No. 157).

Accordingly,

IT IS HEREBY ORDERED that any party opposing the schedule proposed by DVH Alliance, LLC in ECF No. 152, must file a written reply to ECF No. 152 by September 28, 2022.

DATED this 23rd day of September 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE