**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

UNITED STATES OF AMERICA ex rel.
TALI ARIK, M.D.,

        Plaintiff(s),

v.

DVH HOSPITAL ALLIANCE, LLC, d/b/a,
DESERT VIEW HOSPITAL; VISTA HEALTH
MIRZA, M.D. P.C. d/b/a VISTA HEALTH; and
IRFAN MIRZA, M.D.,

        Defendant(s).

2:19-cv-1560-JAD-VCF

**ORDER**

Before the Court are the motion and memorandum in support to extend time for disclosure of rebuttal expert (ECF NO. 147), Defendant DVH Hospital Alliance, LLC's Non-opposition to relator's motion to extend the rebuttal expert deadline from September 22, 2022 to October 6, 2022 (ECF No. 152), and reply to Defendant DVH Hospital Alliance, LLC's non-opposition to relator's motion to extend the rebuttal expert deadline from September 22, 2022 to October 6, 2022 (ECF No. 156).

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that the relator must file all rebuttal expert reports by October 6, 2022. All other pretrial deadlines remain VACATED, and to be reset when the court resolves the pending discovery disputes.

DATED this 29th day of September 2022.

                                                                  CAM FERENBACH
                                                                   UNITED STATES MAGISTRATE JUDGE