# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA ex rel.
TALI ARIK, M.D.,

        Plaintiff(s),

v.

DVH HOSPITAL ALLIANCE, LLC, d/b/a,
DESERT VIEW HOSPITAL; VISTA HEALTH
MIRZA, M.D. P.C. d/b/a VISTA HEALTH; and
IRFAN MIRZA, M.D,

        Defendant(s).

2:19-cv-1560-JAD-VCF

**ORDER**

Before the Court are the motion to compel (ECF No. 140, motion to seal (ECF NO. 143), motion to compel (ECF No. 145), and motion to extend time for disclosure of rebuttal expert (ECF NO. 147).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on the motion to compel (ECF No. 140, motion to seal (ECF NO. 143), motion to compel (ECF No. 145), and motion to extend time for disclosure of rebuttal expert (ECF NO. 147), is added to the hearing scheduled for 10:00 AM, October 18, 2022, before Judge Cam Ferenbach.

DATED this 6th day of October 2022.

                                                                          _____
                                                                           CAM FERENBACH
                                                                           UNITED STATES MAGISTRATE JUDGE