# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United States of America, ex rel. Tali Arik, M.D.,

          Plaintiff(s),

v.

DVH Hospital Alliance, LLC, d/b/a, Desert View Hospital; Vista Health Mirza, M.D. P.C. d/b/a/ Vista Health; and Irfan Mirza, M.D.,

          Defendant(s).

2:19-cv-01560-JAD-VCF

**ORDER**

Before the court is the motion to extend time. ECF No. 223.

No opposition has been filed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly, and good cause shown,

IT IS HEREBY ORDERED that the motion to extend time (ECF No. 223), is GRANTED.

IT IS FURTHER ORDERED that new counsel for Vista Health Mirza MD PC, must enter an appearance by January 15, 2024.

DATED this 11th day of December 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1