AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

United States of America ex rel. Tali Arik, M.D.,

                Plaintiff,

v.

DVH Hospital Alliance, LLC d/b/a Desert View Hospital, Vista Health Mirza, M.D. P.C. d/b/a Vista Health, and Irfan Mirza,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-01560-JAD-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Defendants and against Plaintiff-Relator.

2/28/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ C. Harrington  
Deputy Clerk